IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY T. REDMOND, :
    Plaintiff, : CIVIL ACTION
v. :
     :
SEPTA, :
    Defendant. : 09-5075
     :

## ORDER

AND NOW, this 23rd day of March, 2010, upon consideration of defendant's Motion to Dismiss Plaintiff's Amended Complaint or for a More Definite Statement (paper no. 21), and plaintiff's response thereto (paper no. 22), is it **ORDERED** that:

1. Defendant's Motion is **GRANTED**, and Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court is instructed to mark this action **CLOSED**.

                                     /s/ Norma L. Shapiro
                                                             J.